OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.26⁵
02 1W
0001401623 MAY. 12. 2015.

5/4/2015

**WILLIAMS, DARRELL ANTHONY**    Tr. Ct. No. 13-CR-2883-E    **WR-56,699-06**

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

RETURN TO SENDER
Recipient no longer here
___ Invalid S·d #
___ Contents not authorized
___ Correspondence not allowed

DARRELL ANTHONY WILLIAMS
NUECES COUNTY JAIL SID #10171638
P.O BOX 1529
CORPUS CHRISTI, TX 78403

ANK

MEBN3B 78403